UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QIUZI HU, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>JOSE M. PLEHN-DUJOWICH, et al.,<br><br>        Defendants. | Case No. 18-cv-01791-AGT<br><br>**ORDER ENTERING JUDGMENT** |

On March 2, 2020, the Court granted plaintiffs' motion for final approval of the parties' class action settlement. *See* ECF No. 123. That order resolved all claims in the case, and in light of it, the Court hereby enters judgment for plaintiffs, on the terms detailed in the parties' settlement agreement.

**IT IS SO ORDERED.**

Dated: March 24, 2020

ALEX G. TSE
United States Magistrate Judge